1  Leonard C. Herr, #081896
   Ron Statler, #234177
2  DOOLEY HERR & PELTZER
   Attorneys at Law, LLP
3  100 Willow Plaza, Suite 300
   Visalia, California  93291
4  Telephone:  (559) 636-0200

5  Attorneys for Defendants KERN HIGH SCHOOL DISTRICT, JAIME QUINONEZ, CONNIE
   SACK, BRUCE HILL, PATRICK BLAKE, ABELARDO SIBECAS, MARY ALEMAN, KATY
6  RODRIGUEZ, DENNIS STEWARD, PABLO REYES, PATTY LEIBLE, DIRK McJUNKIN,
   VICKI SHOENHAIR, MATT GODBEHERE, TERRY LEWIS, MR. GUTIERREZ AND
7  JAMES HUDSON

8

9                      UNITED STATES DISTRICT COURT

10                     EASTERN DISTRICT OF CALIFORNIA

11

12

13  KRISTA JONES,                        CASE NO.: 1:07-cv-01628-OWW-TAG

        Plaintiff,
14
                                         STIPULATION AND ORDER
15  v.                                   EXTENDING PERIOD OF TIME TO
                                         ALLOW ATTORNEY LEONARD C.
16  KERN HIGH SCHOOL DISTRICT,           HERR AN OPPORTUNITY TO FILE A
    FRANCISCO GONZALEZ, JAIME            RESPONSE TO FIRST AMENDED
17  QUINONEZ, CONNIE SACK, BRUCE         COMPLAINT
    HILL, PATRICK BLAKE, ABELARDO
18  SIBECAS, MARY ALEMAN, KATY
    RODRIGUEZ, DENNIS STEWARD,
19  PABLO REYES, PATTY LEIBLE, DIRK
    McJUNKIN, VICKI SHOENHAIR,
20  MATT GODBEHERE, TERRY LEWIS,
    MR. GUTIERREZ, JAMES HUDSON,
21  ADRIANNA REYNA.

22      Defendants.

23                              **RECITALS**

24      WHEREAS, on or about October 1, 2007, Plaintiff's legal counsel filed a 73 page, 23

25  Cause of Action Complaint in the Superior Court of the State of California in and for the

26  County of Kern;

27

28

LAW OFFICES
DOOLEY HERR
& PELTZER
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-1-

STIPULATION AND ORDER EXTENDING PERIOD OF TIME TO ALLOW ATTORNEY LEONARD C. HERR AN
OPPORTUNITY TO FILE A RESPONSE TO FIRST AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, on or about October 24, 2007, Plaintiff's legal counsel filed a 73 page, 23 Cause of Action First Amended Complaint in the Superior Court of the State of California in and for the County of Kern;

WHEREAS, Leonard C. Herr, Esq. has been retained to represent the interests of all of the Defendants, with the exception of FRANCISCO GONZALEZ and ADRIANNA REYNA, who have not yet been served with either the original Complaint or First Amended Complaint in this case;

WHEREAS, Attorney Herr has not had the opportunity to investigate the facts of this case or the legal claims being asserted against his clients;

WHEREAS, the parties will not be prejudiced by a short, *e.g.,* 30 day extension of time in which to allow Defendants to respond to the pleading;

WHEREAS, no prior extensions of time have been sought from the court;

WHEREAS, on or about November 9, 2007, Attorney Herr caused the State court action to be removed to this Court; and

WHEREAS, a response to Plaintiff's First Amended Complaint is presently due on November 21, 2007.

## STIPULATION

IT IS HEREBY STIPULATED TO by and between the parties to this litigation through their respective attorneys of record that Leonard C. Herr shall have until December 21, 2007, in which to file a responsive pleading to the First Amended Complaint in this case.

DATED: November 13, 2007        DOOLEY HERR & PELTZER, LLP

By: /s/ Leonard C. Herr
LEONARD C. HERR,
Attorneys for Defendants
KERN HIGH SCHOOL DISTRICT,   JAIME QUINONEZ, CONNIE SACK, BRUCE HILL, PATRICK BLAKE, ABELARDO SIBECAS, MARY ALEMAN, KATY RODRIGUEZ, DENNIS STEWARD, PABLO REYES, PATTY LEIBLE, DIRK McJUNKIN, VICKI SHOENHAIR, MATT GODBEHERE, TERRY

LAW OFFICES
DOOLEY HERR
& PELTZER
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-2-

STIPULATION AND ORDER EXTENDING PERIOD OF TIME TO ALLOW ATTORNEY LEONARD C. HERR AN OPPORTUNITY TO FILE A RESPONSE TO FIRST AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

LEWIS, MR. GUTIERREZ and JAMES HUDSON

DATED: November 13, 2007        RODRIGUEZ & ASSOCIATES


By: /s/ Charles R. Chapman
CHARLES R. CHAPMAN
Attorneys for Plaintiff, KRISTA JONES

**ORDER**

IT IS HEREBY ORDERED AND ADJUDGED that Leonard C. Herr shall have until December 21, 2007, to file a response to the First Amended Complaint in this case.

DATED: November _17____, 2007     /s/        OLIVER      W.      WANGER
_____
UNITED STATES DISTRICT JUDGE

F:\Client Files\Self-Insured Schools of California 1153.00\1153.10 Krista Jones v. Kern High School\Pleadings\Stipulation and Order Extending Period of Time to File a Response.doc

**LAW OFFICES
DOOLEY HERR
& PELTZER
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200**

-3-

**STIPULATION AND ORDER EXTENDING PERIOD OF TIME TO ALLOW ATTORNEY LEONARD C. HERR AN OPPORTUNITY TO FILE A RESPONSE TO FIRST AMENDED COMPLAINT**

PDF created with pdfFactory trial version www.pdffactory.com