UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA JONES,<br><br>            Plaintiff,<br><br>    v.<br><br>KERN HIGH SCHOOL DIST., ET.AL,<br><br>            Defendant. | 1:07-CV-01628 OWW TAG<br><br>**ORDER DISMISSING ACTION** |

Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:  December 18, 2007**            /s/ Oliver W. Wanger
                                                                    UNITED STATES DISTRICT JUDGE