Daniel Rodriguez, Esq., SBN 096625
Joel T. Andreesen, Esq., SBN 152254
Charles R. Chapman, Esq., SBN 115505
**RODRIGUEZ & ASSOCIATES**
**A Professional Law Corporation**
2020 Eye Street
Bakersfield, CA  93301
Phone: (661) 323-1400   Fax: (661) 323-0132

Attorneys for Plaintiff KRISTA JONES

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA JONES,<br><br>    Plaintiff,<br> vs.<br>KERN HIGH SCHOOL DISTRICT, FRANCISCO GONZALEZ, JAIME QUINONEZ, CONNIE SACK, BRUCE HILL, PATRICK BLAKE, ABELARDO SIBECAS, MARY ALEMAN, KATY RODRIQUEZ, DENNIS STEWARD, PABLO REYES, PATTY LEIBLE, DIRK McJUNKIN, VICKI SHOENHAIR, MATT GODBEHERE, TERRY LEWIS, MR. GUTIERREZ, JAMES HUDSON, and DOES 1 through 200, Inclusive,<br><br>    Defendants. | Case No. 1:07-CV-01628-OWW-TAG<br><br>**STIPULATION TO FILE SECOND AMENDED COMPLAINT;  ORDER THEREON; PROPOSED SECOND AMENDED COMPLAINT** |

///
///

PDF created with pdfFactory trial version www.pdffactory.com

## RECITALS

WHEREAS:

1. On October 1, 2007, Plaintiff KRISTA JONES filed this action in the California Superior Court for the County of Kern.

2. On October 24, 2007, Plaintiff KRISTA JONES filed a First Amended Complaint in the California Superior Court for the County of Kern without leave of that Court pursuant to California Code of Civil Procedure § 472.

3. On November 9, 2007, Defendants KERN HIGH SCHOOL DISTRICT, JAIME QUINONEZ, CONNIE SACK, BRUCE HILL, PATRICK BLAKE, ABELARDO SIBECAS, MARY ALEMAN, KATY RODRIQUEZ, DENNIS STEWARD, PABLO REYES, PATTY LEIBLE, DIRK McJUNKIN, VICKI SHOENHAIR, MATT GODBEHERE, TERRY LEWIS, MR. GUTIERREZ, and JAMES HUDSON removed the action from the California Superior Court for the County of Kern to the United States District Court for the Eastern District of California.

4. Rule 15(a)(1) of the Federal Rules of Civil Procedure provides:

    > (1) Amending as a Matter of Course. A party may amend its pleading once as a matter of course:
    > (A) before being served with a responsive pleading; or
    > (B) within 20 days after serving the pleading if a responsive pleading is not allowed and the action is not yet on the trial calendar.

    Fed. R. Civ. Pro. 15(a)(1).

5. In the present case, Plaintiff KRISTA JONES has not been served with a responsive pleading.  It is uncertain, however, whether a plaintiff may file an amended complaint without leave of Court under Rule 15(a)(1) where, as here, the plaintiff has previously filed an amended complaint without leave of the California Superior Court pursuant to California Code of Civil Procedure § 472, and the case was subsequently removed.

6. Counsel for the undersigned parties agree that it would be most efficient if: (a) the proposed Second Amended Complaint attached hereto as Exhibit A is filed with the Court; and (b) any uncertainty regarding the propriety of the amendment be eliminated by the Court entering an Order approving and granting this Stipulation.

## STIPULATION

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED BY AND BETWEEN ALL OF THE PARTIES WHO HAVE APPEARED IN THIS ACTION, THROUGH THEIR UNDERSIGNED COUNSEL, THAT:

    1.    Plaintiff KRISTA JONES shall be granted leave to file a Second Amended Complaint in this action. Pursuant to Local Rule 5-137(a), the proposed Second Amended Complaint is attached hereto as Exhibit A.

///
///
///
///
///
///
///
///
///

    2.    This Stipulation and the Order granting leave to file a Second Amended Complaint shall be without prejudice to any defense asserted by any Defendant in this action.

DATED:  January 11, 2008        RODRIGUEZ & ASSOCIATES

By:    /s/ Charles Chapman

.

    CHARLES R. CHAPMAN, ESQ.
Attorneys for Plaintiff KRISTA JONES

DATED:  January 11, 2008        DOOLEY, HERR & PELTZER

By:    /s/ Leonard Herr

.

    LEONARD HERR, ESQ.
Attorneys for Defendants KERN HIGH SCHOOL DISTRICT, JAIME QUINONEZ, CONNIE SACK, BRUCE HILL, PATRICK BLAKE, ABELARDO SIBECAS, MARY ALEMAN, KATY RODRIQUEZ, DENNIS STEWARD, PABLO REYES, PATTY LEIBLE, DIRK

PDF created with pdfFactory trial version www.pdffactory.com

                              McJUNKIN, VICKI SHOENHAIR, MATT GODBEHERE, TERRY LEWIS, MR. GUTIERREZ, JAMES HUDSON

## **ORDER**

IT IS SO ORDERED.

DATED: _January 15, 2007_____

                           _/s/ OLIVER W. WANGER_____
                                UNITED STATES
                                DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com