Daniel Rodriguez, Esq., SBN 096625
Joel T. Andreesen, Esq., SBN 152254
Charles R. Chapman, Esq., SBN 115505
**RODRIGUEZ & ASSOCIATES**
**A Professional Law Corporation**
2020 Eye Street
Bakersfield, CA  93301
Phone: (661) 323-1400   Fax: (661) 323-0132

Attorneys for Plaintiff KRISTA JONES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA JONES,<br><br>             Plaintiff,<br><br>      vs.<br><br>KERN HIGH SCHOOL DISTRICT, FRANCISCO GONZALEZ, JAIME QUINONEZ, CONNIE SACK, BRUCE HILL, PATRICK BLAKE, ABELARDO SIBECAS, MARY ALEMAN, KATY RODRIQUEZ, DENNIS STEWARD, PABLO REYES, PATTY LEIBLE, DIRK McJUNKIN, VICKI SHOENHAIR, MATT GODBEHERE, TERRY LEWIS, MR. GUTIERREZ, JAMES HUDSON, ANA CATAÑO, and DOES 1 through 200, Inclusive,<br>             Defendants. | Case No. 1:07-CV-01628-OWW-TAG<br><br>**STIPULATION TO FILE THIRD AMENDED COMPLAINT** |

///

///

---

STIPULATION TO FILE THIRD AMENDED COMPLAINT
- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

**RECITALS**

WHEREAS:

1. Defendants KERN HIGH SCHOOL DISTRICT, JAIME QUINONEZ, CONNIE SACK, BRUCE HILL, PATRICK BLAKE, ABELARDO SIBECAS, MARY ALEMAN, KATY RODRIQUEZ, DENNIS STEWARD, PABLO REYES, PATTY LEIBLE, DIRK McJUNKIN, VICKI SHOENHAIR, MATT GODBEHERE, TERRY LEWIS, MR. GUTIERREZ, JAMES HUDSON, and ANA CATAÑO have filed a Motion to Dismiss the Second Amended Complaint ("the Motion").

2. The Motion is calendared for hearing on Monday, May 12, 2008 at 10:00 a.m. in Courtroom 3 of the above-entitled Court.

3. Upon consideration, the parties agree through undersigned counsel that the current Second Amended Complaint should be amended, and that some, if not all, of the issues raised by the Motion may be resolved by such amendment.

**STIPULATION**

IT IS HEREBY STIPULATED BY AND BETWEEN ALL OF THE PARTIES WHO HAVE APPEARED IN THIS ACTION, THROUGH THEIR UNDERSIGNED COUNSEL, THAT:

1. Plaintiff KRISTA JONES shall be granted leave to file a Third Amended Complaint in this action. The Third Amended Complaint will be filed within five (5) days of the entry of the Order on this Stipulation.

2. This Stipulation and the Order granting leave to file a Third Amended Complaint shall be without prejudice to any defense asserted by any Defendant in this action.

PDF created with pdfFactory trial version www.pdffactory.com

3. The Motion calendared for hearing on Monday, May 12, 2008 at 10:00 a.m. in Courtroom 3 of the above-entitled Court should be Ordered off calendar as moot.

DATED: May 5, 2008                        RODRIGUEZ & ASSOCIATES


By:      /s/ Charles Chapman                    .
     CHARLES R. CHAPMAN, ESQ.
Attorneys for Plaintiff KRISTA JONES


DATED:  May 5, 2008                       DOOLEY, HERR & PELTZER


By:     /s/ Leonard Herr                         .
     LEONARD HERR, ESQ.
Attorneys for Defendants KERN HIGH SCHOOL DISTRICT, JAIME QUINONEZ, CONNIE SACK, BRUCE HILL, PATRICK BLAKE, ABELARDO SIBECAS, MARY ALEMAN, KATY RODRIQUEZ, DENNIS STEWARD, PABLO REYES, PATTY LEIBLE, DIRK McJUNKIN, VICKI SHOENHAIR, MATT GODBEHERE, TERRY LEWIS, MR. GUTIERREZ, JAMES HUDSON, and ANA CATAÑO

## ORDER

IT IS SO ORDERED.

DATED: May 6, 2008                         /s/ OLIVER W. WANGER
                                           UNITED STATES DISTRICT JUDGE