Daniel Rodriguez, Esq., SBN 096625
Joel T. Andreesen, Esq., SBN 152254
Charles R. Chapman, Esq., SBN 115505
**RODRIGUEZ & ASSOCIATES**
**A Professional Law Corporation**
2020 Eye Street
Bakersfield, CA  93301
Phone: (661) 323-1400   Fax: (661) 323-0132

Attorneys for Plaintiff, KRISTA JONES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA JONES,<br><br>            Plaintiff,<br><br>    vs.<br><br>KERN HIGH SCHOOL DISTRICT, FRANCISCO GONZALEZ, JAIME QUINONEZ, CONNIE SACK, BRUCE HILL, PATRICK BLAKE, ABELARDO SIBECAS, MARY ALEMAN, KATY RODRIQUEZ, DENNIS STEWARD, PABLO REYES, PATTY LEIBLE, DIRK McJUNKIN, VICKI SHOENHAIR, MATT GODBEHERE, TERRY LEWIS, MR. GUTIERREZ, JAMES HUDSON, and DOES 1 through 200, Inclusive,<br><br>            Defendants. | Case No. 1:07-CV-01628-OWW-TAG<br><br>**STIPULATION OF DISMISSAL; ORDER THEREON** |

///

///

///

///

///

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: June 23, 2009                                        RODRIGUEZ & ASSOCIATES

                                                             By:     /s/ Charles Chapman                    .
                                                                  CHARLES R. CHAPMAN, ESQ.
                                                             Attorneys for Plaintiff KRISTA JONES

DATED: June 24, 2009                                        DOOLEY, HERR, PELTZER & RICHARDSON

                                                             By:     /s/ Leonard Herr                         .
                                                                  LEONARD HERR, ESQ.
                                                             Attorneys for Defendants KERN HIGH SCHOOL
                                                             DISTRICT, JAIME QUINONEZ, CONNIE SACK,
                                                             BRUCE HILL, PATRICK BLAKE, ABELARDO
                                                             SIBECAS, MARY ALEMAN, KATY RODRIQUEZ,
                                                             DENNIS STEWARD, PABLO REYES, PATTY
                                                             LEIBLE, DIRK McJUNKIN, VICKI SHOENHAIR,
                                                             MATT GODBEHERE, TERRY LEWIS,
                                                             MR. GUTIERREZ, JAMES HUDSON

## **ORDER**

IT IS SO ORDERED.

DATED:  6/25/2009                                              /s/ OLIVER W.WANGER
                                                               UNITED STATES DISTRICT JUDGE